IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                       No. 3:23-cr-24-DPM-2

SHANQUWALA D. MARTIN                                        DEFENDANT

ORDER

The Court remanded Martin into the custody of the United States Marshals Service after she pleaded guilty to conspiracy to distribute and possess with intent to distribute methamphetamine. *Doc. 68.* Detention was mandatory under 18 U.S.C. § 3143(a)(2). Martin later filed a motion to be released temporarily for needed medical treatment. *Doc. 81.* The Court referred her motion to the Magistrate Judge. It shouldn't have. Because this is a mandatory detention case, and because Martin hasn't appealed, the Court lacks the authority to release Martin pending sentencing. *See Doc. 58* in *United States v. Grayson Moore*, Case No. 4:15-cr-46-DPM (E.D. Ark. 17 September 2015). The Court should have denied the motion. Instead, it was granted, and Martin was released. *Doc. 90.*

There is, however, an added wrinkle. At Martin's bond hearing, the counsel for the United States said she "may not be asking for a sentence of further imprisonment at Martin's sentencing hearing." *Doc. 90 at 3.* The detention statute says that detention is not mandatory

if "an attorney for the Government has recommended that no sentence of imprisonment be imposed on the person."  18 U.S.C. § 3143(a)(2)(A)(ii).  The Court directs the United States to file a short status report with a definitive answer.  Will the United States recommend at sentencing no additional term of incarceration? Report due by Tuesday, 19 November 2024.

 So Ordered.

       */s/ D.P. Marshall Jr.*
       D.P. Marshall Jr.
       United States District Judge

       15 November 2024